## PROPOSED SCHEDULING ORDER WORKSHEET

**Case No.:** 20-CV-05154 (DRH) (JMW)   **Date of Initial Conference:** June 9, 2021 at 3:00 PM

**Plaintiff(s):** Roger Gould, et al.,

**Defendants(s):** ILKB LLC, et al.,

**DEADLINES & COURT APPEARANCES**

July 2, 2021**:** Exchange of Rule 26(a)(1) disclosures

August 2, 2021**:** Service of first interrogatories and document demands

September 2, 2021**:** Responses to first interrogatories and document demands

September 2, 2021**:** Motions to join new parties or amend the pleadings

September 10, 2021**:** Status conference to be held (**Date and Time**)

October 22, 2021**:** Completion of depositions

November 1, 2021**:** Identification of case-in-chief experts and service of Rule 26 disclosures

November 15, 2021**:** Identification of rebuttal experts and service of Rule 26 disclosures

December 13, 2021**:** Commencement of summary judgment motion practice. Depending on the assigned district judge, the first action commencing the practice would be either requesting a pre-motion conference or initiating the exchange of Local Civil Rule 56.1 statements. Parties are required to consult the individual rules of the district judge regarding motion practice

February 1, 2022**:** Pretrial conference in courtroom 1024 of the Central Islip courthouse. If the trial judge requires one, a joint proposed pretrial order in compliance with that judge's requirements and signed by counsel for each party must be received by the undersigned 3 business days prior this conference (**Date and Time**)

1

**ESI DISCOVERY**

Have counsel discussed the existence of electronically stored information, discussed the location and production of such information, as required by Rule 26?  YES _X_ NO____

Have the parties entered into an ESI protocol stipulation? YES____ NO _X_

Alternatively, if no ESI protocol is necessary because of the limited amount of ESI in the case, please check here: _____

**CONFIDENTIALITY**

Do the parties anticipate the need for a confidentiality stipulation and order? YES____ NO _X_

**MAGISTRATE CONSENT**

Do the parties consent to all proceedings, including trial, before a magistrate judge pursuant to 28 U.S.C § 636(c)?  YES/NO *(Answer no if any party declines to consent without indicating which party has declined. Parties are free to withhold consent without adverse substantive consequences.)*

**COUNSEL**:

For Plaintiff(s)      _/s/ Justin S. Weitzman_____

For Defendant(s)   _____